

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00813-CR

Troy Dewitt **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR11681C
Honorable Pat Priest, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 5, 2018.

_____
Patricia O. Alvarez, Justice